**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peggy Haller, individually, | ) | No. CV05-3144-PHX-DGC |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Hartford Fire Insurance Company, a foreign corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

On January 5, 2006, the Court entered an Order granting Plaintiff's motion to remand (Doc. #6) and finding that an award of attorneys' fees in favor of Plaintiff was warranted under 28 U.S.C. § 1447(c). *See* Doc. #10. The Order gave Plaintiff until January 13, 2006, to file an application for attorneys' fees, and permitted Defendant to file a response on or before January 25, 2006. Plaintiff filed a timely application. *See* Doc. #11. Defendant has not responded.

The Court finds the $1,500.00 in requested fees to be reasonable. Pursuant to 28 U.S.C. § 1447(c), the Court will award attorneys' fees in favor of Plaintiff and against Defendant in the amount of $1,500.00. Defendant should pay these fees to Plaintiff on or before February 28, 2006.

**IT IS ORDERED** that Plaintiff is awarded attorneys' fees in the amount of $1,500.00.

1  **IT IS FURTHER ORDERED** that Plaintiff's motion to remand (Doc. #6) is **granted**.
2  This matter is remanded to Maricopa County Superior Court.
3  DATED this 3rd day of February, 2006.

_____
David G. Campbell
United States District Judge